# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: SUCCESSION OF JULIE HOWARD

NO. 2021 CW 0774

**OCTOBER 1, 2021**

---

In Re: D. Douglas Howard, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2016-30818.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**JEW**
**MRT**

McClendon, J., dissents, and would issue an interim order instructing the parties to provide this court with an update of any settlement negotiations.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT